47 So.2d 236

### Bill ISRAEL v. STATE.
### 6 Div. 68.

Supreme Court of Alabama.
June 30, 1950.

S. P. Keith, Jr., of Birmingham, for petitioner.

A. A. Carmichael, Atty. Gen., and Robt. Straub, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Bill (alias W. S.) Israel for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Israel v. State, Ala.App., 47 So.2d 234.

Writ denied.

BROWN, FOSTER, LIVINGSTON LAWSON and STAKELY, JJ., concur.

---

47 So.2d 230

### Nat ROBERTSON v. STATE.
### 6 Div. 75.

Supreme Court of Alabama.
June 30, 1950.

Davis & Zeanah, of Tuscaloosa, for petitioner.

A. A. Carmichael, Atty. Gen., and L. E. Barton, Asst. Atty. Gen., opposed.

STAKELY, Justice.

Petition of Nat Robertson for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Robertson v. State, Ala.App., 47 So.2d 227.

Writ denied.

BROWN, FOSTER, LIVINGSTON, LAWSON AND SIMPSON, JJ., concur.